UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
UNITED STATES OF AMERICA        )
                                )
        v.                      ) CRIMINAL ACTION 06-10292-4 PBS
                                )
CAMILO CURTY,                   )
ARTURO REGENDIS FLORES,         )
ET AL.,                         )
            Defendants.         )
                                )
```

**ORDER**

October 4, 2007

Saris, U.S.D.J.

        Mr. Barron shall discuss the pending charges against him

with his client.  The Court will discuss issues of attorney

representation on October 10, 2007 at 2:00 p.m.

                            Patti B. Saris

                            PATTI B. SARIS
                            United States District Judge